IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD J. PANNELL,<br><br>       Plaintiff,<br><br>  v.<br><br>FRIENDSHIP RIDGE NURSING HOME,<br><br>       Defendant. | Civil Division<br><br>No. 2:16-cv-00151-MPK<br><br>*Filed Electronically* |

## REPORT OF MEDIATION

A Mediation session was held in the above-captioned matter on July 27, 2016.

The case (please check one):

☒ has resolved.

☐ has resolved in part (see below).

☐ has not resolved, but parties will continue discussions.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____
_____
_____
_____

Date: July 27, 2016          Signature of Neutral:  s/ *Maria Greco Danaher*

25617632.1