IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD J. PANNELL<br><br>Plaintiff,<br><br>v.<br><br>FRIENDSHIP RIDGE<br>NURSING HOME<br><br>Defendant. | Case No.: 16-cv-00151-MPK<br><br>UNITED STATES DISTRICT<br>CHIEF MAGISTRATE JUDGE<br>MAUREEN P. KELLY<br><br>JURY TRIAL DEMANDED |

## ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Howard J. Pannell ("Plaintiff"), by and through his undersigned Attorneys, and Defendant, Friendship Ridge Nursing Home ("Defendant"), by and through its undersigned Attorneys, pursuant to 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this case with prejudice, each party to bear its own costs and attorneys' fees.

DATED: August 29, 2016

Respectfully submitted,

By: /s/ Tiffany R. Waskowicz
Tiffany R. Waskowicz, Esquire
Pa ID #202933
Joshua M. Bloom & Associates
310 Grant Street, Suite 3204
Pittsburgh, PA 15219

By: /s/ David A. Young, Esquire
David A. Young, Esquire
Pa ID #200217
Mancheski & Bunker
120 Fifth Avenue, Suite 2201
Pittsburgh, PA 15222

AND NOW, this _30th_ day of _August_, 20_16_.
IT IS SO ORDERED.

_Maureen P. Kelly_
UNITED STATES MAGISTRATE JUDGE